Dismissed and Memorandum Opinion filed August 28, 2008








Dismissed
and Memorandum Opinion filed August 28, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00578-CV

____________

 

IN THE INTEREST OF V.G.W.

 

 

 



 

On Appeal from the
311th District Court

Harris County,
Texas

Trial Court Cause
No. 92-47627

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 26, 2008.  On August 20, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed August
28, 2008.

Panel consists of Justices Yates, Seymore, and Boyce.